UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN L. HORVATH,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE & COMPANY,<br><br>　　　　　　　　　Defendant. | Case No.:  3:21-cv-1665-BTM-AGS<br><br>**ORDER THAT DEFENDANT FILE A DISCLOSURE STATEMENT** |

On September 22, 2021, Defendant JPMorgan Chase Bank, N.A., named in this action as "JP Morgan Chase & Company," filed a Notice of Removal. (ECF No. 1.)  Under Federal Rule of Civil Procedure Rule 7.1:

> A nongovernmental corporate party must file 2 copies of a disclosure statement that:
>
> (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or
>
> (2) states that there is no such corporation.
>
> A party must:
>
> (1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
>
> (2) promptly file a supplemental statement if any required information changes.

Fed. R. Civ. P. 7.1.  In addition, under Local Civil Rule 40.2:

> Any non-governmental corporate party to an action in this court must file a "Corporate Disclosure Statement" identifying all its parent corporations and listing any publicly held company that owns 10% or more of the party's stock.  A party will file a separate statement entitled "Notice of Party with Financial Interest" with its initial appearance in the Court and will supplement the statement within a reasonable time of any change in the information.

L.R. Civ. 40.2.  To date, Defendant has not filed a disclosure statement.

Defendant must comply with Federal Rule of Civil Procedure Rule 7.1 and Local Rule 40.2 within 7 days of entry of this order.

**IT IS SO ORDERED.**

Dated:  November 23, 2021

_____
Honorable Barry Ted Moskowitz
United States District Judge